In the Matter of the Application of TAYLOR-FICHTER STEEL CONSTRUCTION Co., INC., Petitioner, for an Order against JOSEPH D. McGOLDRICK, Comptroller of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

LOUIS GALLOPIN, Appellant, v. INTERNATIONAL COMMITTEE OF BANKERS ON MEXICO and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

KATHERINE McGOLDRICK, Respondent, v. FAMILY FINANCE CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. · Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ. [174 Misc. 971.]

ANNA WORMSER, as Administratrix, etc., of MOSES EARL WORMSER, Deceased, Appellant, v. KROGER-JONAS, INC., Respondent.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that there are questions of fact presented for the consideration of the jury. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS SCHWARTZ, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

INTERNATIONAL UNDERWEAR CORPORATION, Respondent, v. BROOKLYN TRUST COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., dissents and votes to reverse and deny the motion.

ALBERT I. GORNER, as President of Allied Bedding, Curtain and Drapery Workers Union, Local 350, Respondent, v. MORRIS LIPPS and Another, Copartners, etc., Defendants, Impleaded with BEDDING LOCAL 140 OF THE UNITED FURNITURE WORKERS OF AMERICA, and SOL KITAIN and ALEXANDER SIROTA, etc., Appellants. — Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

ALBERT I. GORNER, as President of Allied Bedding, Curtain and Drapery Workers Union, Local 350, Respondent, v. MORRIS LIPPS and Others, Defendants, and SALVATORE AFFRONTE and Others, Impleaded Defendants, Appellants.— Order unanimously modified to the extent of granting motion for a stay of proceedings pending determination of the issues before the National Labor Relations Board, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.